IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff

vs

ERICK ALEXANDER MORENO
Defendant

CRIMINAL 11-0312CCC

**ORDER**

Having considered the Report and Recommendation filed on December 13, 2011 (**docket entry 24**) on a Rule 11 proceeding of defendant Erick Alexander Moreno held before U.S. Magistrate Judge Marcos E. López on December 8, 2011, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant Moreno is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since December 8, 2011. The **sentencing hearing is set for March 8, 2012 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on January 10, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge